## RECONSIDERATION DOCKET

**95–902. State ex rel. Kinnebreu v. Clinic Ctr. Hotel.**
Franklin App. No. 94APD03–284. Reported at 80 Ohio St.3d 688, 687 N.E.2d 1375. On motion for reconsideration by Clinic Center Hotel. Motion denied.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**97–2124. State v. Poindexter.**
Hamilton App. No. C–960780. Reported at 81 Ohio St.3d 1414, 688 N.E.2d 1042. On motion for reconsideration. Motion denied.

**97–2151. Reynolds v. Morris.**
Franklin App. No. 97APE02–227. Reported at 81 Ohio St.3d 1414, 688 N.E.2d 1042. On motion for reconsideration. Motion denied.

DOUGLAS, J., dissents.

**97–2181. Harmon v. Philip Morris, Inc.**
Cuyahoga App. No. 71605. Reported at 81 Ohio St.3d 1420, 688 N.E.2d 1046. On motion for reconsideration. Motion denied.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**97–2215. Sain v. Allstate Ins. Co.**
Franklin App. No. 97APG04–502. Reported at 81 Ohio St.3d 1415, 688 N.E.2d 1043. On motion for reconsideration. Motion denied.

**97–2269. Pritchett, Dlusky & Saxe v. Pingue.**
Franklin App. No. 96APE11–1598. Reported at 81 Ohio St.3d 1421, 688 N.E.2d 1046. On motion for reconsideration. Motion denied.

DOUGLAS and F.E. SWEENEY, JJ., dissent.